RECEIVED
NOV 1 7 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 06-60074-10 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL SCOTT WYATT | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for a Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the motion to dismiss [Rec. Doc. 353] is DENIED.

Additionally, the Court finds the document entitled "Defendant's Objections to Report and Recommendation (Rec. Doc. #415) For Defendant's Motion to Dismiss (Rec. Doc. #353)" [see Rec. Doc. 427] states no objection to the Magistrate Judge's factual findings or legal conclusions contained in the Report and Recommendation; rather, the "objections" appear to seek clarification (and perhaps additional relief) from an Order previously issued by the Magistrate Judge in this matter. [See Rec. Doc. 386] Accordingly, the Court hereby CONVERTS the document pending before it (styled as "objections" to the Report and Recommendation) [Rec. Doc. 427] into a "Motion for Clarification." The motion for clarification [Rec. Doc. 427] is hereby REFERRED to the

Magistrate Judge for ruling.

THUS DONE AND SIGNED this 17 day of November, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

11-18-08
CMH