RECEIVED

NOV - 7 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:06-60074-10 |
| VERSUS | * | JUDGE DOHERTY |
| MICHAEL SCOTT WYATT (10) | * | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that Michael Scott Wyatt's Third Motion to Dismiss [rec. doc. 828] is **DENIED and DISMISSED as MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of November, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE